# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 AUG -3  A 8: 09

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
FRESNO
_____
DEPUTY

| | |
|---|---|
| ROBERT AYALA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>R. MADRIGLE, Correctional Officer,<br><br>    Defendant - Appellee. | No. 05-16334<br>D.C. No. CV-03-05383-OWW<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: Complaint based on unapprovable facts. No cognizable violation of any protected federal right.

_____
Judge
United States District Court

Date: 8-2-2005